450 F.2d 957
 Wilson GUILBEAU, Plaintiff-Appellant,
v.
CLARK SEAFOOD COMPANY, Inc., et al., Defendants-Appellees.
 No. 30805 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 23, 1971.
Rehearing Denied Dec. 1, 1971.
 
 R. L. Netterville, Natchez, Miss., Holleman & Necaise, Norman Breland, Boyce Holleman, Gulfport, Miss., for plaintiff-appellant.
 Thomas M. Galloway, Mobile, Ala., Clinton Lockard, Weisenburg & Lockard, Pascagoula, Miss., Collins, Galloway & Murphy, Mobile, Ala., for defendants-appellees.
 Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966